UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

DAVID GONZALEZ,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

07 CRIM. 484

**INDICTMENT**

07 Cr.



COUNT ONE

The Grand Jury charges:

From in or about the Spring of 2006, continuing up to and including on or about May 16, 2007, in the Southern District of New York and elsewhere, DAVID GONZALEZ, the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer, unlawfully, willfully, and knowingly did engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, GONZALEZ bought at least 8 firearms that had been purchased by another individual in Pennsylvania, and sold those firearms to others, and bought at least 4 other firearms with the intention of re-selling those firearms to others.

(Title 18, United States Code, Section 922(a)(1)(A).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DAVID GONZALEZ,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 922(a)(1)(A))


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
                        Foreperson.

29 May 07 TLC: Post 11/1/87 indictment filed.
Assigned to Judge Berman.

Peck, MJ.