**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
        against
    David Gonzalez

(Alias) _____

_____

              Please PRINT Clearly
```

07 cr 484
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

  1. [ ] CJA    2. [ ] RETAINED    3. [✓] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO  [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. ~~Nov.~~ Oct. YR. 2006

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

MAY 31 2007

SIGNATURE Fiona Doherty
PRINT THE FOLLOWING INFORMATION CLEARLY
David Gonzales
Attorney for Defendant
Federal Defenders of New York
Firm name if any
52 Duane Street, 10th Floor
Street address
New York        NY       10007
City            State    Zip
212 417-8734
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186