# Exhibit A

# Gonzalez Construction, Inc.



320 Manhattan Avenue, Bsmnt
New York, NY 10026
Ph: 347.723.3893
Fx: 212.749.7534
Email: davidgonzalezny@aol.com

---

## Employment Verification Letter

August 2, 2013

**Attn**: Philip L. Weinstein Federal
Defenders of New York 52
Duane Street New York, NY 10007

To Whom It May Concern:

This letter is to verify that **David Gonzalez, Jr.** is employed with **Gonzalez Construction Inc.**

David Gonzalez's employment details are as follows:

| | |
|---|---|
| Employment Type: | **Full-Time** |
| Position Title: | **Construction Laborer/Porter** |
| Start Date: | **June 24, 2013** |
| Rate of Pay: | **$10.00 hourly** |

If you require additional information, feel free to contact **Gonzalez Construction's** Manager/Supervisor:

**David Gonzalez, Sr.**
**1.347.723.3893**
**davidgonzalezny@aol.com**

Yours truly,

David Gonzalez, Sr.
Manager, Supervisor